| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| <u>Southern</u>          District of <u>New York</u>       (State) |
| Case number (*If known*):_____  Chapter <u>11</u> |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. Debtor's name | **ATSVP – Viagens Portugal, Unipessoal LDA** |
|---|---|

| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | **None** |
|---|---|

| 3. Debtor's federal Employer Identification Number (EIN) | **N/A** |
|---|---|

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Alameda das Comunidades Portuguesas, Lisbon Airport**<br>Number    Street | <br>Number    Street |
| **6th floor, chamber 6145** | <br>P.O. Box |
| **Lisbon,  1700-111 Portugal**<br>City    State    ZIP Code | <br>City    State    ZIP Code |
| <br>County | **Location of principal assets, if different from principal place of business**<br><br>Number Street<br><br>City    State    ZIP Code |

| 5. Debtor's website (URL) | https://www.azulviagens.com.br/ |
|---|---|

Company Code: 16

Debtor    ATSVP – Viagens Portugal, Unipessoal LDA                    Case Number *(if known)* _____

| | |
|---|---|
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**4811** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.   District _____ When _____ Case number _____<br>                                                   MM / DD / YYYY<br>            District _____ When _____ Case number _____<br>                                                   MM / DD / YYYY |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor  ATSVP – Viagens Portugal, Unipessoal LDA                      Case Number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor **See Schedule 1**                              Relationship **Affiliates**
         District **Southern District of NY**                   When   _Date hereof_
                                                                       MM  /  DD  / YYYY
         Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number      Street
   _____
   City                                                  State ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
          Contact name     _____
          Phone            _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds (Consolidated)**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (Consolidated)**

☐ 1-49            ☒ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy               page **3**

Debtor    ATSVP – Viagens Portugal, Unipessoal LDA                                    Case Number *(if known)* _____

| 15. Estimated assets (Consolidated) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities (Consolidated) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/28/2025**
              MM / DD / YYYY

✗  **/s/ Samuel Aguirre**                                **Samuel Aguirre**
Signature of authorized representative of debtor         Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

✗  **/s/ Timothy Graulich**                              Date  **05/28/2025**
Signature of attorney for debtor                               MM / DD / YYYY

**Timothy Graulich**
Printed name

**Davis Polk & Wardwell LLP**
Firm name

**450 Lexington Avenue**
Number        Street

**New York, NY 10017**
City      State      ZIP Code

**(212) 450-4639**                                       **timothy.graulich@davispolk.com**
Contact phone                                            Email address

**2661445**                                              **NY**
Bar number                                               State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of AZUL S.A.

- Azul S.A.
- Azul Linhas Aéreas Brasileiras S.A.
- IntelAzul S.A.
- ATS Viagens e Turismo Ltda.
- Azul Secured Finance II LLP
- Azul Secured Finance LLP
- Canela Investments LLC
- Azul Investments LLP
- Azul Finance LLC
- Azul Finance 2 LLC
- Blue Sabia LLC
- Azul SOL LLC
- Azul Saira LLC
- Azul Conecta Ltda
- Cruzeiro Participações S.A.
- ATSVP – Viagens Portugal, Unipessoal LDA
- Azul IP Cayman Holdco Ltd.
- Azul IP Cayman Ltd.
- Canela Turbo Three LLC
- Canela 336 LLC Chapter 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ATSVP - VIAGENS PORTUGAL, UNIPESSOAL LDA** | Case No. 25-[●] ([●]) |
| Debtor. | **(Joint Administration Requested)** |

# CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, attached hereto as **Exhibit A** is a corporate structure chart (the "**Corporate Structure Chart**") reflecting the ownership interests of Azul S.A. (the "**Debtor**") and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases. The Debtors respectfully represent, as of the date hereof, the following:

1. Each Debtor identified on the Corporate Structure Chart, other than Azul S.A., ATS Viagens e Turismo Ltda., Cruzeiro Participações S.A., Azul IP Cayman Holdco Ltd., and Azul IP Cayman Ltd. is owned in its entirety by its direct parent.

2. Azul S.A. is the ultimate parent of each of the Debtors. The following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the equity interest of Azul S.A.

| Shareholder | Approximate Percentage of Shares |
|---|---|
| TRIP Participações S/A | 33% |

**Exhibit A**

**Corporate Structure Chart**

# Azul – Organizational Chart

**Key**

Flags:
- Cayman Islands
- Brazil
- United States (DE)
- Portugal

Shapes:
- ▭ Debtor
- ◯ Non-Debtor

Lines:
- ----- Pending Dissolution

**Azul S.A.** (Brazil)

- 99.99% → **Azul Linhas Aéreas Brasileiras S.A.** (Brazil)
- **IntelAzul S.A.** (Brazil)
- 24.99% → Azul IP Cayman Holdco Ltd.

From Azul Linhas Aéreas Brasileiras S.A.:
- 99.99% → **ATS Viagens e Turismo Ltda.** (Brazil)
- 24.99% → **Azul Secured Finance II LLP** (US)
- **Azul Secured Finance LLP** (US)
- **Azul Investments LLP** (US)
- **Azul Finance LLC** (US)
- **Azul Finance 2 LLC** (US)
- **Blue Sabia LLC** (US)
- **Azul SOL LLC** (US)
- **Canela Investments LLC** (US)
- **Azul Saira LLC** (US)
- **Azul Conecta Ltda.** (Brazil)
- 99.99% → **Cruzeiro Participações S.A.** (Brazil)

From ATS Viagens e Turismo Ltda.:
- 24.99% → **ATSVP – Viagens Portugal, Unipessoal LDA.** (Portugal)

**Azul IP Cayman Holdco Ltd.** (Cayman Islands)
- 99.99% → **Azul IP Cayman Ltd.** (Cayman Islands)

24.99% → **Azul Cargo IP Cayman Holdco Ltd.** (Cayman Islands) *[Pending Dissolution]*
- **Azul Cargo IP Cayman Ltd.** (Cayman Islands) *[Pending Dissolution]*

From Canela Investments LLC:
- **Canela Turbo Three LLC** (US)
- **Canela 336 LLC** (US)

Ownership is 100% unless stated

Davis Polk | Azul | davispolk.com

**ATSVP-VIAGENS PORTUGAL, UNIPESSOAL, LDA**
Alameda das Comunidades Portuguesas, Aeroporto de Lisboa Piso 6, Gabinete 6145, 1700-111 Lisboa
NIPC 517392968 – Capital Social €1,00

# ATA AVULSA

## RESOLUÇÕES DA SÓCIA ÚNICA

Aos vinte e sete dias do mês de maio de dois mil e vinte e cinco, a **ATS VIAGENS E TURISMO LTDA.**, com sede na Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 10° andar, Conjunto 1002, Torre Jatobá, Condomínio Castelo Branco Office Park, Tamboré, CEP 06460-040 Barueri, com o número de identificação de pessoa coletiva português 980783380 (a "**SÓCIA ÚNICA**"), neste ato representada pelo seu Diretor-Presidente ABHI MANOJ SHAH, na sua qualidade de detentora da totalidade do capital social da **ATSVP - VIAGENS PORTUGAL, UNIPESSOAL LDA**, sociedade unipessoal por quotas de direito português, com sede social na Alameda das Comunidades Portuguesas, Aeroporto de Lisboa, Piso 6, Gabinete 6145, concelho de Lisboa, matriculada na Conservatória do Registo Comercial sob o número único de identificação e de pessoa coletiva 517392968 e com o capital social no montante de €1,00 (um euro) ("**SOCIEDADE**"), resolveu:

**NÚMERO UM**: Aprovar a apresentação pela SOCIEDADE, em conjunto com a sua sócia controladora indireta Azul S.A. ("**ASA**") e outras entidades do seu grupo económico e jurídico, de pedido voluntário de submissão ao procedimento denominado *Chapter 11* do *United States Code* ("**Bankruptcy Code**"), perante o *United States Bankruptcy Court – Southern District of New York*, no Estado de Nova Iorque, Estados Unidos da América, bem como a apresentação de quaisquer petições, submissões, requerimentos ou outros documentos que sejam necessários ou convenientes nos termos do referido Procedimento do *Chapter 11* e disposições legais conexas. Neste contexto, também aprova que a SOCIEDADE apresente quaisquer petições, submissões, requerimentos, propostas ou outros documentos que sejam necessários ou convenientes para (i) reconhecer o Procedimento do *Chapter 11* da SOCIEDADE em Portugal, nos termos da legislação portuguesa, se necessário (ii) concretizar em Portugal a reestruturação societária que vier a ser aprovada no âmbito do *Chapter 11*, incluindo, mas não se limitando, quanto ao financiamento *debtor-in-possession* ("**Financiamento DIP**") e (iii) obter a devida tutela judicial, extrajudicial ou administrativa em Portugal.

**NÚMERO DOIS**: Aprovar a intervenção da SOCIEDADE no contrato de financiamento denominado SUPER-PRIORITY DEBTOR-IN-POSSESSION TERM LOAN AGREEMENT a celebrar entre a AZUL SECURED FINANCE LLP, na qualidade de Devedora, as Outras Partes Garantes (nas quais se inclui a SOCIEDADE), os credores e titulares de instrumentos de dívida ali referidos ("**CREDORES DIP**"), o UMB Bank Natinal Association ("**AGENTE DIP**") e demais entidades ali referidas, bem como na celebração de qualquer outro instrumento ou documento assessórios a este contrato, incluindo o DIP Security Agreement (em conjunto, os "**ACORDOS DIP**"), conforme aprovado pelo tribunal no âmbito do procedimento referido no NÚMERO UM *supra*, através das ordens de debtor-in-

1

**ATSVP-VIAGENS PORTUGAL, UNIPESSOAL, LDA**
Alameda das Comunidades Portuguesas, Aeroporto de Lisboa Piso 6, Gabinete 6145, 1700-111 Lisboa
NIPC 517392968 – Capital Social €1,00

possession ("ORDENS DIP"). Consequentemente, fica aprovado que a SOCIEDADE preste garantias, pessoais ou reais, em benefício das partes garantidas/CREDORES DIP para garantia das obrigações assumidas por entidades do grupo económico e jurídico da SOCIEDADE nos ACORDOS DIP. Assim, a SOCIEDADE, na qualidade de Garante fica autorizada a sujeitar-se às disposições relevantes que se destinem ao cumprimento dos critérios previstos no Bankruptcy Code quanto à proteção adequada das obrigações DIP. Mais resolve a SÓCIA ÚNICA aprovar os termos e condições dos ACORDOS DIP, das ORDENS DIP e demais instrumentos relacionados com o financiamento DIP, incluindo aqueles em que a SOCIEDADE venha ainda a ser parte, conforme vierem a ser negociados e aprovados por qualquer PESSOA AUTORIZADA.

**NÚMERO TRÊS**: No termos e para os efeitos previstos no artigo 6/3 do Código das Sociedades Comerciais, declarar que a prestação de garantias pela SOCIEDADE, no contexto do procedimento e dos contratos acima referidos, é do interesse da SOCIEDADE, visto que tais operações são essenciais no âmbito do grupo jurídico e económico em que a SOCIEDADE se insere.

**NÚMERO QUATRO**: Instruir a gerência da SOCIEDADE a outorgar, em nome da mesma, procuração a favor de **SAMUEL AGUIRRE**, canadiano, contabilista, inscrito no CPF/MF sob nº 235.531.988-00, com endereço profissional na Cidade de São Paulo, Estado de São Paulo, na Avenida Presidente Juscelino Kubitschek, nº 1327, 3º andar, Edifício International Plaza II, São Paulo, CEP 04543-011, a quem serão atribuídos os mais amplos poderes para agir na qualidade de *Chief Restructuring Officer/Representante de Reestruturação*, incluindo os poderes de negociação e assinatura de todos e quaisquer documentos no âmbito do Procedimento do *Chapter 11*, nessa qualidade ("REPRESENTANTE DE REESTRUTURAÇÃO"), devendo este exercício ser articulado com a gerência e sob a supervisão do Conselho de Administração e do Comitê Independente Especial da sua sócia indireta ASA.

**NÚMERO CINCO**: Atendendo às resoluções descritas nos NÚMEROS UM, DOIS e QUATRO *supra*, autorizar, determinar, conferir poderes e/ou expressamente reconhecer a autoridade, consoante aplicável, da gerência da SOCIEDADE e/ou de qualquer outra pessoa autorizada pela gerência, incluindo o REPRESENTANTE DE REESTRUTURAÇÃO no âmbito dos poderes que lhe forem outorgados em procuração ("PESSOAS AUTORIZADAS" ou, individualmente, "PESSOA AUTORIZADA"), nos termos estatutários e legais, para a prática de todos e quaisquer atos materiais ou jurídicos que sejam necessários ou convenientes para a concretização do procedimento e dos Documentos DIP referidos no âmbito dos números anteriores, nomeadamente: (a) celebrar e protocolar, ou determinar que sejam celebrados e protocolados requerimentos, petições, anexos, listas, peças processuais e quaisquer outros instrumentos ou documentos necessários, incluindo alterações aos documentos mencionados, negociar acordos, modificações, aditamentos, elaborar relatórios, notas ou prestar declarações que possam ser exigidas, pagar taxas, impostos ou outras despesas conforme necessário ou considerado, a seu

2

**ATSVP-VIAGENS PORTUGAL, UNIPESSOAL, LDA**
Alameda das Comunidades Portuguesas, Aeroporto de Lisboa Piso 6, Gabinete 6145, 1700-111 Lisboa
NIPC 517392968 – Capital Social €1,00

exclusivo critério, apropriado ou desejável para a concretização do resolvido; (b) impulsionar e conduzir o Procedimento do *Chapter 11* da forma que, de acordo com o seu melhor critério de gestão (*business judgment*) seja suscetível de maximizar a recuperação da SOCIEDADE para as partes interessadas (*stakeholders*) e minimizar as obrigações incorridas pela SOCIEDADE; (c) determinar que a SOCIEDADE celebre, entregue, certifique, submeta, registe e cumpra as obrigações dos acordos, instrumentos, petições, declarações, pedidos de aprovação ou decisões de autoridades governamentais ou reguladoras, bem como adote outras medidas que sejam ou se tornem necessárias e adequadas para condução e conclusão do Procedimento do *Chapter 11* de forma satisfatória, incluindo, mas sem limitação, a concretização dos atos aprovados e das transações contempladas; (d) alterar, complementar e modificar, conforme necessário para a reestruturação da SOCIEDADE, os termos de quaisquer documentos, certificados, instrumentos ou acordos; (e) assinar e negociar quaisquer Documentos DIP ou outros instrumentos conforme venham a ser razoavelmente solicitados pelo AGENTE DIP ou pelos CREDORES DIP, em nome e por conta da SOCIEDADE; (f) apresentar ou autorizar o AGENTE DIP a apresentar quaisquer declarações financeiras (financing statements) do U.S. Uniform Commercial Code ("**UCC**"), quaisquer outras submissões equivalentes, quaisquer submissões relativas a propriedade intelectual, bem como quaisquer registos ou anotações, cessões para constituição de garantias reais ou outros documentos em nome da SOCIEDADE que o AGENTE DIP considere necessários ou convenientes para a formalização de qualquer garantia a constituir nos termos dos Documentos DIP, incluindo qualquer declaração financeira do UCC que contenha uma descrição genérica de garantias; (g) executar, entregar, registar ou autorizar o registo de hipotecas e instrumentos fiduciários em relação aos ativos imobilizados da SOCIEDADE, em cada caso conforme o AGENTE DIP venha razoavelmente a solicitar.

**NÚMERO SEIS**: Ratificar todos os atos, ações e transações relacionadas com as matérias previstas nas resoluções *supra*, praticados em nome e/ou por conta da SOCIEDADE, desde que estejam em conformidade com os termos das decisões acima, caso tais atos tenham sido praticados anteriormente à presente data.

As decisões supra são tomadas pela **SÓCIA ÚNICA** ao abrigo do disposto no artigo 54.º, n.º 1 do Código das Sociedades Comerciais.

Pela **SÓCIA ÚNICA**,

*Abhi Manoj Shah*
ABHI MANOJ SHAH

(Director-Presidente)

3

**Fill in this information to identify the case:**

Debtor name: __Azul S.A., et al.__

United States Bankruptcy Court for the: __Southern District of New York__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **UMB Bank, N.A.**<br>5910 N Central Expwy, Suite 1900<br>Dallas, TX 75206 | Attn: Israel Lugo<br>P: +1 (214) 389-5947<br>F: +1 (214) 336-0526<br>israel.lugo@umb.com | Bonds | U | $2,595,346,951 | $2,240,520,117 | **$354,826,834** |
| 2 | **Comando Da Aeronautica**<br>Avenida General Justo, 160<br>Predio E 009<br>Rio de Janeiro, RJ 20021-130<br>Brasil | Attn: President Or General Counsel<br>P: +55 (11) 5098-2000<br>F: +55 (21) 2101-4900 | Trade Debt | U | | | **$189,887,069** |
| 3 | **GE Engine Services Distribution LLC**<br>1 Neumann Way, Room 111<br>Customer Product Support<br>Cincinnati, OH 45215 | Attn: Laís Antunes<br>P: +55 (11) 95078-1524<br>lais.antunes@geaerospace.com | Trade Debt | C/U | | | **$141,717,246** |
| 4 | **Raizen S.A.**<br>Av Afonso Arinos De Melo Franco 222, Blc 2 Sal 321<br>Rio de Janeiro, RJ 22640-100<br>Brasil | Attn: Frederico Suano Pacheco De Araujo<br>P: +55 0300 777 5656<br>shellaviation@raizen.com | Trade Debt | U | | | **$72,054,935** |
| 5 | **Citibank, N.A.**<br>Av. Paulista, 1111<br>São Paulo, SP 01311-920<br>Brasil | Attn: Geny Zhao<br>P: +55 (11) 4009-0069<br>geny.zhao@citi.com | Line of Credit | U | | | **$60,338,789** |
| 6 | **Wilmington Trust SP Services (Dublin) Limited**<br>3 St. George's Dock, 4th Floor<br>Dublin, D01 X5X0<br>Ireland | Attn: Aercap C/O Breeda Cunningham<br>P: +353 1 612 5555<br>aercap@wilmingtontrust.com | Aircraft Notes | U | | | **$38,824,255** |
| 7 | **Air BP Brasil Ltda.**<br>Avenida Das Nacoes Unidas, 12399<br>Andar 4 Sala43 E 44 Parte Lado a<br>Sao Paulo, SP 04578-000<br>Brasil | Attn: Juliana Lamberth (Account Manager)<br>P: +55 (11) 93308-0693<br>juliana.lamberth@bp.com | Trade Debt | U | | | **$36,276,447** |
| 8 | **ATR Americas Inc**<br>1715 Nw 84th Ave<br>Doral, FL 33126 | Attn: Christopher Jones<br>P: +1 (571) 203-6900<br>christopher.jones@atr-aircraft.com | Trade Debt | C/U | | | **$32,750,931** |

Debtor    Azul S.A., et al.
          Name
                                                              Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Ministerio Da Fazenda** Esplanada Dos Ministerios Bloco P 5.andar Brasilia, DF 70048-900 Brasil | Attn: President Or General Counsel P: +55 (21) 2334-4300 gabinete.ministro@fazenda.gov.br | Taxes | C/U/D | | | $22,947,031 |
| 10 | **GE Celma Ltda.** Rua Luiz Winter, 381, #393 Petropolis, RJ 25665-431 Brasil | Attn: Ricardo Amaro P: + 55 (24) 98136 1942 ricardo.amaro@geaerospace.com | Trade Debt | C/U | | | $21,690,792 |
| 11 | **CFM International Inc** 1 Neumann Way Cincinnati, OH 45215 | Attn: Armand Luzi P: +1 (513) 552-3272 armand.luzi@ge.com | Trade Debt | C/U | | | $19,731,683 |
| 12 | **Embraer Aircraft Customer Services** 276 Sw 34th St Fort Lauderdale, FL 33315 | Attn: President Or General Counsel P: +1 (954) 359-3700 | Trade Debt | | | | $18,990,362 |
| 13 | **RRPF Engine Leasing Limited** 1 Brewer's Green London, SW1H 0RH United Kingdom | Attn: Bobby Janagan P: +44(0)7966 878224 bobby.janagan@rolls-royce.com | Engine Financing | C/U | | | $17,348,780 |
| 14 | **Embraer S.A.** Rod. Floriano Rodrigues Pinheiro 333, Galpao F 41 Taubate, SP 12045-000 Brasil | Attn: Denis Esteves P: +55 (12) 98157-0609 denis.esteves@embraer.com.br | Trade Debt | | | | $17,313,221 |
| 15 | **PK AirFinance S.a.r.l.** 1370 Avenue of the Americas 32nd Floor New York, NY 10019 | Attn: Guillaume Degemard gdegemard@apollo.com | Engine Financing | C/U | | | $14,838,171 |
| 16 | **NAC Aviation 17 Limited** Bedford Place - Henry St, 5th Floor Limerick, V94 K6YY United Kingdom | Attn: President Or General Counsel P: +353 61 432 400 | Promissory Notes | U | | | $13,875,189 |
| 17 | **Navitaire Inc** 333 S Seventh St, Suite 1700 Minneapolis, MN 55402 | Attn: Grody Evans P: +1 (612) 317-7000 gordy.evans@navitaire.com | Trade Debt | C | | | $11,760,679 |
| 18 | **Wells Fargo Bank Northwest, N.A.** 260 N Charles Lindbergh Dr Salt Lake City, UT 84116 | Attn: Val Orton P: +1 (801) 246-5053 val.t.orton@wellsfargo.com | Equipment Leasing | C/U | | | $11,325,838 |
| 19 | **Sky High L Leasing Company Limi** 2 Grand Canal Sq Dublin, D02 A342 Ireland | Attn: Icbc Aviation Leasing C/O Catherine Kearns P: +353 01 874-3050 ckearns@skyleasing.com | Trade Debt | C/U | | | $9,282,055 |
| 20 | **Bank of Utah** 200 E South Temple, Suite 210 Salt Lake City, UT 84111 | Attn: President Or General Counsel P: +1 801 924-3690 aercap@bankofutah.com | Trade Debt | C/U | | | $7,347,921 |

Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 2

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Mapfre Seguros Gerais S.A.**<br>Avenida Das Nacoes Unidas, 14261<br>Andar 17 Ao 21 Ala a<br>Sao Paulo, SP 04794-000<br>Brasil | Attn: President Or General Counsel<br>P: +55 0800 775 4545 | Trade Debt | C/U | | | $6,838,103 |
| 22 | **Wilmington Trust Company**<br>1100 N Market St<br>Wilmington, DE 19890 | Attn: Azorra C/O Adam Vogelsong<br>P: +1 (302) 651-1000<br>avogelsong@wilmingtontrust.com | Trade Debt | C/U | | | $6,312,122 |
| 23 | **Sky High Leasing Company Limited**<br>2 Grand Canal Square<br>Grand Canal Harbour<br>Dublin, D02 A342<br>Ireland | Attn: Catherine Kearns<br>P: +353 01 874-3050<br>ckearns@skyleasing.com | Aircraft Notes | C/U | | | $6,041,768 |
| 24 | **Pratt E Whitney Engine Leasing LLC**<br>400 Main St<br>Hartford, CT 06118-3811 | Attn: General Manager<br>gppwengineleasing@prattwhitney.com | Trade Debt | C | | | $5,946,643 |
| 25 | **ATR Avions De Transport Regional**<br>1 Allee Pierre Nadot<br>Blagnac, Occitania 31700<br>France | Attn: Rahul Domergue<br>P: +33 (0)5 62 61 21<br>rahul.domergue@atr-aircraft.com | Trade Debt | | | | $5,328,366 |
| 26 | **Rolls Royce PLC Engine Overhaul Services**<br>Wilmore Rd, Gate 9<br>Derby, Leicestershire DE24 8DX<br>United Kingdom | Attn: Julio Grande<br>P: +55 (11) 99604-0759<br>julio.grande@rolls-royce.com | Trade Debt | | | | $5,327,151 |
| 27 | **SFV Aircraft Holdings IRE 12 DAC**<br>32 Molesworth St<br>Dublin, D02 Y512<br>Ireland | Attn: Catherine Kearns<br>P: +353 01 874-3050<br>ckearns@skyleasing.com | Trade Debt | C/U | | | $4,760,655 |
| 28 | **Airbus Americas CUST Serv Inc**<br>21780 Filigree Court<br>Ashburn, VA 20147 | Attn: President Or General Counsel<br>P: +1 (703) 724-1836 | Trade Debt | | | | $4,461,015 |
| 29 | **SFV Aircraft Holdings IRE 11 DAC**<br>32 Molesworth St<br>Dublin, D02 Y512<br>Ireland | Attn: Catherine Kearns<br>P: +353 01 874-3050<br>ckearns@skyleasing.com | Trade Debt | C/U | | | $4,174,861 |
| 30 | **Panasonic Avionics Corporation**<br>3347 Michelson Dr, Suite 100<br>Irvine, CA 92612 | Attn: Raphael Marinho<br>P: +1 (949) 672-2000<br>raphael.marinho@panasonic.aero | Trade Debt | C/U | | | $3,530,597 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims        page 3

**Fill in this information to identify the case and this filing:**

Debtor Name  ATSVP – Viagens Portugal, Unipessoal LDA

United States Bankruptcy Court for the: Southern   District of New York
                                                                               (State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/28/2025            ✘ /s/ Samuel Aguirre
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      Samuel Aguirre
                                      Printed name

                                      Chief Restructuring Officer
                                      Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**